■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LADEL BALDWIN, Appellant. [708 NYS2d 318] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered December 10, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's contention that the court failed to fully respond to the jury's request for a readback of certain testimony is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v McCall,* 88 NY2d 838, 840; *People v Nuccie,* 57 NY2d 818, 819). In any event, the court responded meaningfully to the jury's request for a readback of part of the identifying undercover officer's testimony (*see,* CPL 310.30; *People v Lourido,* 70 NY2d 428; *People v Malloy,* 55 NY2d 296, 302, *cert denied* 459 US 847).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review (*see,* CPL 470.05 [2]), without merit, or do not require reversal. Mangano, P. J., Bracken, S. Miller and Goldstein, JJ., concur.